Bessie Caslow, Appellee, v. Checker Taxi Company and Ernest Graf, Appellants.

Gen. No. 41,639.

opinion filed May 19, 1941. Jesmer & Jesmer, for appellants; Julius Jesmer and Chester L. Harris, of counsel; Sher & Karlin, for appellee; Leo S. Karlin, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''